FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 23   PM 3: 54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 06-3281 |
| v. | * | SECTION: |
| $98,900 U.S. Currency | * | SECT. I MAG. 5 |
| * * * | | |

**COMPLAINT FOR FORFEITURE**

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully avers and alleges to this Court as follows:

**1.**

This Honorable Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355.

**2.**

Venue is proper within this judicial district pursuant to Title 28, United States Code, Sections 1355 and 1395.

**3.**

The plaintiff is the United States of America, a sovereign nation authorized to sue.

Fee USA
✓ Process
X Dktd
___ CtRmDep
___ Doc. No

**4.**

The defendant is: $98,900 U.S. Currency.

**5.**

This cause of action arises pursuant to Title 18, United States Code, Section 981 et seq.

**6.**

Defendant is property, real or personal, which constitutes or is derived from proceeds traceable to Title 18, United States Code, Section 2320, Trafficking in Counterfeit Goods and Services and Title 18, United States Code, Section 545, Smuggling Goods into the United States, and is, therefore, subject to seizure and forfeiture to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), all as more particularly set forth in the attached affidavit of Special Agent Robin Walker of the Federal Bureau of Investigation (FBI), marked Exhibit A, and by this reference fully incorporated herein.

**7.**

By reason of the foregoing and Title 18, United States Code, Sections 981(a)(1)(C) and 981(f), the defendant property, $98,900 U.S. Currency, has become and is forfeited to the United States of America.

**WHEREFORE**, plaintiff, United States of America prays:

1. That due process issue to enforce the forfeiture and to give notice to interested parties to appear and show cause why the forfeiture should not be decreed;

2. That the defendant property, $98,900 U.S. Currency, be condemned and forfeited to the United States of America to be disposed of in accordance with law; and

3. That this Court grant such other further relief that it may deem just and proper.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
LOAN "MIMI" NGUYEN, T.A.
Assistant United States Attorney
Hale Boggs Federal Bldg.
500 Poydras Street, Room B210
New Orleans, LA   70130
Telephone: (504) 680-3076
La. Bar Roll No. 23612

**PLEASE ISSUE AND SERVE
WARRANT OF ARREST ON:**

$98,900 U.S. Currency

Located at:
Federal Bureau of Investigation
2901 Leon C. Simon
New Orleans, LA   70126

## **VERIFICATION**

I, Loan "Mimi" Nguyen, Assistant United States Attorney, Eastern District of Louisiana, declare under penalty of perjury that I have read the foregoing Complaint, and that upon information and belief the allegations therein are true.

Dated this 23rd day of June, 2006.

_____
LOAN "MIMI" NGUYEN
Assistant United States Attorney